UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN WILEY & SONS, INC.,            :
                                    :
                      Plaintiff,    :
                                    :         ORDER
       -against-                    :         08 Civ. 7438 (JFK)
                                    :
FRANK LEE, et al.,                  :
                                    :
                      Defendants.   :
------------------------------------X

JOHN F. KEENAN, United States District Judge:

  The attorneys for the parties having advised the Court that this action has been or will be settled, and having consented to the entry of this Order, it is hereby

  ORDERED that this action is discontinued, without costs to either party, subject to reopening if settlement is not consummated within    30    days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this    30   -day settlement period expires.

  SO ORDERED.

Dated: New York, New York
       July 28      2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-28-09

John F. Keenan
JOHN F. KEENAN
United States District Judge